IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:17cr102-MHT
                            )            (WO)
KENDALL DEWIGHT SHINE       )
```

## ORDER

Based on the representations made on the record on April 21, 2017, it is ORDERED that defendant Kendall Dewight Shine's motion to review and reverse detention order (doc. no. 17) is set for submission at noon on April 24, 2017, and the government is to file its brief by that time. The court will then decide whether to resolve the motion on the current record or to schedule an evidentiary hearing.

DONE, this the 21st day of April, 2017.

        /s/ Myron H. Thompson
       **UNITED STATES DISTRICT JUDGE**